**No. 40010.**—Protests 942835-G, etc., of Abercrombie & Fitch Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, DECEMBER 6, 1938

**No. 40011.**—Petition 5639-R of Rafael R. Davila (New York).

Opinion by McCLELLAND, P. J. It was held that the evidence was not such as would warrant a finding that the entry was made without intent to defraud the revenue of the United States. The petition was therefore denied.

**No. 40012.**—Petition 5583-R of R. Frias & Cia (San Juan).

Opinion by McCLELLAND, P. J. It appeared that certain dutiable charges were deducted through error and without any intention of evading the payment of the regular duties. The petition was therefore granted.

**No. 40013.**—Petition 5581-R of J. Benitez Cintes (San Juan).

Opinion by McCLELLAND, P. J. It appeared that the 6 percent turnover tax was omitted from the entry through an oversight and that there was no intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.

**No. 40014.**—Petition 5502-R of A. Trigo & Co. (San Juan).

Opinion by McCLELLAND, P. J. It appeared that the advance resulted from the failure to deduct on entry the correct amount for freight. Being convinced that there was a total absence of any disposition to avoid the payment of the lawful duties or any intention to misrepresent or conceal the facts or to deceive the appraiser, the court granted the petition.

**No. 40015.**—Petitions 5711-R, etc., of Camlin Corset Co., Inc. (New York).

Opinion by McCLELLAND, P. J. On the record presented it was found that the entry was made without intent to defraud the revenue or to conceal or misrepresent the facts or to deceive the appraiser. The petitions were therefore granted.